

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: BRUCE WHEATLEY | § | No. 08-23-00147-CV |
| in his capacity as Executor of the Estate of | § | AN ORIGINAL PROCEEDING |
| JUDITH WHEATLEY, Deceased, | § | IN MANDAMUS |
| Relator. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relators' petition for writ of mandamus against the Honorable Joseph Strelitz, Judge of the Probate Court No.1 of El Paso County, Texas, and concludes that Relators' petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 15TH DAY OF JUNE, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.